counts of burglary that defendant entered or remained unlawfully in the building. The bill of particulars alleged that defendant remained unlawfully in the building on each occasion. Defendant was not prejudiced by the amendment because he was aware of the People's theory from the inception of the case, and he did not request an adjournment beyond that ordered by the court. Further, each burglary count in the indictment was associated with a count of criminal mischief that was related to commission of the burglary by unlawful entering. While the People failed to offer any explanation for the original bill of particulars, there is no evidence that the People acted in bad faith in seeking the amendment. Thus, the court properly permitted the amendment (*see*, CPL 200.95 [8]; *see also, People v Medina*, 233 AD2d 927, *lv denied* 89 NY2d 926).

Defendant did not object to the admission of testimony concerning statements he made to the police or to the admission of his written statement. Thus, he failed to preserve for our review his contention that such evidence was improperly admitted (*see*, CPL 470.05 [2]; *People v Nunez*, 242 AD2d 449, *lv denied* 91 NY2d 877), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]).

All concur, Wisner, J., not participating. (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Burglary, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Balio and Fallon, JJ.

■ VIRGINIA A. DEAR, Individually and as Administratrix of the Estate of GEORGE S. DEAR, JR., Deceased, Appellant, v JAMES J. FALK et al., Defendants, and SEALAND CONTRACTORS CORP., Respondent. (Appeal No. 1.) [676 NYS2d 362] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Balio and Fallon, JJ.

■ VIRGINIA A. DEAR, Individually and as Administratrix of the Estate of GEORGE S. DEAR, JR., Deceased, Appellant, v JAMES J. FALK et al., Defendants, and SEALAND CONTRACTORS CORP., Respondent. (Appeal No. 2.) [676 NYS2d 362] —Order unanimously affirmed without costs. Memorandum: In January 1995 plaintiff's decedent, who had stopped along Interstate 490 East to help a stranded motorist, was struck and killed by a car whose operator lost control. At the time of the accident, the roadway in the area was being reconstructed and widened, although actual construction work had been shut down for the